_____
                                    :
**LUTHER L. PRICE, et al.,**        :    **UNITED STATES DISTRICT COURT**
                                    :       **DISTRICT OF NEW JERSEY**
          **Plaintiffs,**           :
                                    :       **Hon. Claire C. Cecchi**
     **-vs-**                       :       **Civil Action No. 11-4030 (CCC)**
                                    :
**CITY OF JERSEY CITY, et al.,**    :
                                    :    **ORDER SCHEDULING CONFERENCE**
          **Defendants.**           :
_____     :

      **IT IS on this 20th day of November, 2013**

      **ORDERED** that there shall be an in-person status/settlement conference before the Undersigned on **Friday, December 6, 2013** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey. **In addition to and wholly separate from counsel, individual clients are required to attend the conference in person.** Failure to attend may result in the imposition of sanctions. See Fed. R. Civ. P. 16(f), 37. There shall be no adjournments absent extraordinary circumstances.


         /s/ Mark Falk
        **MARK FALK**
        **United States Magistrate Judge**