UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUTHER PRICE, et al.,**<br><br>                        **Plaintiffs,**<br><br>v.<br><br>**CITY OF JERSEY CITY, et al.,**<br><br>                        **Defendants.** | Civil Action No. 11-4030 (CCC)<br><br><br><br>**ORDER** |

      IT IS on this 13th day of December, 2013

      **ORDERED** that there shall be an **in-person** status and settlement conference on **Wednesday, February 5, 2014 at 10:00 a.m.** at the United States Post Office & Courthouse, Room 457, Newark, New Jersey.  In addition to and separate from counsel, the individual parties are required to attend the conference in-person.  Adjournment requests will not be considered absent compelling circumstances.


                                                  s/Mark Falk
                                                  **MARK FALK**
                                                  **United States Magistrate Judge**